An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MIN SOON CHANG,
            Appellant,
    vs.
THE STATE OF NEVADA,
            Respondent.

No. 67680

**FILED**

APR 21 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a decision of the district court to deny a pretrial motion to dismiss counsel and reappoint alternate counsel. Eighth Judicial District Court, Clark County, Elizabeth Goff Gonzalez, Judge.

Because no statute or court rule provides for an appeal from the aforementioned decision, *see Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990), we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
       Min Soon Chang
       Clark County Public Defender
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-12050